# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
DEC 21 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:17-CR-264
Janet Uribe )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Janet Uribe_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the conditions of release to add the following condition: The defendant must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; defendant must notify Pretrial Services immediately of any prescribed medications. Medical marijuana, prescribed or recommended, may not be used.

All previous ordered conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12-18-17     _____ 12/18/2017
Signature of Defendant    Date        Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ Jeffrey A. Spivak, AUSA     12/21/17
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     12-18-17
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _12/21/17_.
[ ] The above modification of conditions of release is *not* ordered.

_____     12/21/17
Signature of Judicial Officer    Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services