# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 15 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Janet Uribe | Case No. 1:17-CR-00264-LJO-SKO-7 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Janet Uribe_____, have discussed with _____Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

1. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Erica P. Grosjean, Courtroom 10, on May 16, 2018 at 11:00 a.m.; and,

2. You may have contact with codefendant, Martin Montoya, with whom you may not discuss your case.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-8-18          _____  5/8/18
Signature of Defendant   Date            Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  5/15/18
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  5/14/18
Signature of Defense Counsel            Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on May 15, 2018.
[ ] The above modification of conditions of release is *not* ordered.

_____                  5-15-2018
Signature of Judicial Officer           Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services