1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )      Case №: 1:17-CR-00264-7- NONE
                                      )
9              Plaintiff,             )              **O R D E R**
                                      )        **APPOINTING COUNSEL**
10          vs.                       )
                                      )
11   JANET URIBE,                     )
                                      )
12             Defendant.             )
     _____ )

13
14         The above named Defendant has, under oath, sworn or affirmed as to her financial

15   inability to employ counsel or has otherwise satisfied this Court that she is financially unable to

16   obtain counsel and wishes counsel be appointed to represent her on Compassionate Release.

17   Therefore, in the interests of justice and pursuant to the U.S. Const., amend VI and 18 U.S.C.

18   § 3006A,

19         IT IS HEREBY ORDERED that Timothy P. Hennessy be appointed to represent the

20   above defendant in this case effective *nunc pro tunc*  to  March 26, 2021, substituting the Federal

21   Defenders Office appointed per G.O. 595.

22
23         This appointment shall remain in effect until further order of this court.

24
     IT IS SO ORDERED.
25
26     Dated:   **March 29, 2021**              _____
                                                UNITED STATES DISTRICT JUDGE
27
28

                                               -1-