PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:17-cr-00264-NONE-SKO |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S EX PARTE** |
| | ) | **MOTION FOR EXTENSION OF** |
| v. | ) | **GOVERNMENT'S DEADLINE TO** |
| | ) | **FILE OPPOSITION; ORDER** |
| | ) | |
| JANET URIBE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States of America, by and through its attorney, Assistant United States Attorney Jeffrey A. Spivak, moves for a 10 day continuance of its deadline to respond to Defendant's motion, to address Defendant's 28 U.S.C. § 2255 motion (the Motion).  (Doc. 248).

In finalizing the government's response to the motion, government counsel identified a new issue it had not fully appreciated until finalizing the draft opposition, namely whether a certain criminal history event was properly scored.  Such issue may meaningfully and materially alter the government's response.  The government needs additional time to research the issue, and consult with Probation and, perhaps, the U.S. Sentencing Commission.

///

///

/////

Thus, the government moves *ex parte* for a 10 day extension of its current December 3, 2021 deadline to December 13, 2021 to file its opposition to Petitioner's motion.  The United States believes such time is necessary to conduct additional investigation and discovery on the criminal history calculation issue which is material to the outcome of Petitioner's motion.

Dated:  December 13, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney


/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

## **ORDER**

Based on the above showing, the government's December 3, 2021 deadline to file a response to Petitioner's motion is continued 10 days to December 13, 2021. Petitioner shall file a reply, if any, no later than February 2, 2022.

IT IS SO ORDERED.

Dated:    **December 3, 2021**    _____

UNITED STATES DISTRICT JUDGE