PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JANET URIBE, <br><br> Defendant. | Case No. 1:17-cr-00264-NONE-SKO <br><br> **GOVERNMENT'S EX PARTE MOTION FOR EXTENSION OF GOVERNMENT'S DEADLINE TO FILE OPPOSITION;** [PROPOSED] **ORDER** |

      The United States of America, by and through its attorney, Assistant United States Attorney Jeffrey A. Spivak, moves for a second 10 day continuance of its deadline to respond to Defendant's motion, to address Defendant's 28 U.S.C. § 2255 motion (the Motion). (Doc. 248).

      As stated in its earlier request for a continuance, in finalizing the government's response to the motion, government counsel identified a new issue it had not fully appreciated until finalizing the draft opposition, namely whether a certain criminal history event was properly scored. Such issue may meaningfully and materially alter the government's response. The government indicated it needed additional time to research the issue, and consult with Probation and, perhaps, the U.S. Sentencing Commission.

///

The government has since conducted research and consulted with Probation and the U.S. Sentencing Commission.  The government needs additional time to conduct further legal research on the issue, and to finalize its response.

Thus, the government moves *ex parte* for a second 10 day extension of its current December 13, 2021 deadline to December 23, 2021 to file its opposition to Petitioner's motion.  The government believes such time is necessary to conduct additional research on the criminal history calculation issue.

Dated:  December 13, 2021

                                             Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             Acting United States Attorney

                                             /s/ Jeffrey A. Spivak
                                             JEFFREY A. SPIVAK
                                             Assistant U.S. Attorney

**ORDER**

Based on the above showing, the government's December 13, 2021 deadline to file a response to Petitioner's motion is continued 10 days to December 23, 2021. Petitioner shall file a reply, if any, no later than February 2, 2022.

IT IS SO ORDERED.

Dated: __**December 13, 2021**__    _____
                                    UNITED STATES DISTRICT JUDGE