PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00264-JLT-SKO |
| Plaintiff, | **GOVERNMENT'S EX PARTE MOTION TO OBTAIN PROBATION RECORDS; [PROPOSED] ORDER** |
| v. | L.R. 461 (Fed. R. Crim. P. 32, 18 U.S.C. §3153(c)) |
| JANET URIBE, | |
| Defendant. | |

The United States of America, by and through its attorney, Assistant United States Attorney Jeffrey A. Spivak moves *ex parte* for an order authorizing Probation to release confidential probation records to the government pursuant to L.R. 461.

The government is working on a response to Defendant's 28 U.S.C. § 2255 motion (the Motion). (Doc. 248). The Motion challenges Defendant's criminal history calculation in her Pre-Sentence Investigation Report ("PSR"). As stated in its earlier requests for a continuance, the government has been working to gather defendant's criminal history records. The government has been working with U.S. Probation and the Monterey County District Attorney's office on this issue. Many of these records are over 10 years old and some are indicated to be "purged" from Monterey County Superior Court records.

The government understands that the U.S. Probation is in possession of certain records concerning Defendant's criminal history, including without limitation, a collateral response from the U.S. Probation Office prepared for the Northern District of California (San Jose), Kings County Sheriff's Department (Hanford), Salinas Police Department, California Highway Patrol (Fresno), and Monterey County Superior Court (together, the "Criminal History Records"). These documents are necessary for the government to understand what documents Probation utilized to prepare Defendant's criminal history calculation in the PSR. The government intends to use the documents for the sole purpose of responding to Defendant's Motion.

Thus, the government moves *ex parte* for an order authorizing Probation to release the Criminal History Documents to the government for the purpose of responding to Defendant's Motion.

Dated:  January 12, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

### [PROPOSED] ORDER

Good cause appearing and pursuant to Local Rule 461, Probation is authorized to release Defendant's Criminal History Documents to the government for the sole purpose of enabling the Government to respond to Defendant's pending motion.

IT IS SO ORDERED.

Dated:  **January 12, 2022**

UNITED STATES DISTRICT JUDGE